IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN BENJAMIN ODOMS,
                          Appellant,
        vs.
THE STATE OF NEVADA,
                          Respondent.

No. 73089

FILED

JUL 3 1 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to amend judgment of conviction and entry of pre-filing injunction. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Douglas

_____, J.        _____, J.
Gibbons                             Pickering

_____

[1]In light of this order, we take no action on the pro se motion for a change of venue filed on June 1, 2017.

17-25275

cc: Hon. Elissa F. Cadish, District Judge
John Benjamin Odoms
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk